January 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

DEREK SIMON AND AMANDA COMEAUX, Appellants

NO. 14-13-00029-CV                              V.

CHANDRA PHU, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 15, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Derek Simon and Amanda Comeaux.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.